UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Jorge R Rosario<br>    Debtor<br><br>Ipatia C Bueno<br>    Joint Debtor<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB,<br>D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY<br>BUT AS TRUSTEE FOR PRETIUM MORTGAGE<br>ACQUISITION TRUST<br>    Movant<br><br>v.<br><br>Jorge R Rosario<br>    Debtor<br><br>Ipatia C Bueno<br>    Joint Debtor<br><br>KENNETH E. WEST, Esquire<br>    Trustee/Respondent | Bankruptcy No. 23-12334-pmm<br><br>Chapter 13 |

### ORDER OF COURT

AND NOW, this 14th day of March, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge