**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Jorge R Rosario**<br>    Debtor<br>**Ipatia C Bueno**<br>    Joint Debtor<br><br>**Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST**<br>    Movant<br>v.<br>**Jorge R Rosario**<br>    Debtor<br>**Ipatia C Bueno**<br>    Joint Debtor<br>**KENNETH E. WEST, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 23-12334-pmm**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this  27th  day of  August , 20 25  upon consideration of Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST; and it is further

ORDERED, that Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 1356 Sunset Street, Trainer, PA 19061, including without limitation a sheriff's sale of the property.

**Date: August 27, 2025**

BY THE COURT

_____
**HON. Patricia M. Mayer**
**U.S. Bankruptcy Court Judge**