**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jorge R Rosario,<br>Ipatia C Bueno<br><br>*Debtor(s).* | Case No. 23-12334-PMM<br>Chapter 13 |

**Certificate of Service**

I, Brad J. Sadek, certify that on October 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Reconsider Order Modifying Automatic Stay

- Proposed Order

- Notice of Motion to Reconsider Order Modifying Automatic Stay

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 15, 2025

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

**Mailing List Exhibit**

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Jorge R Rosario<br>1356 Sunset Street<br>Trainer, PA 19061 | Debtor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Ipatia C Bueno<br>1356 Sunset Street<br>Trainer, PA 19061 | Debtor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Kenneth E. West<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. Bank Trust National Association<br>Robertson, Anschutz, Schneid, Crane<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. BANK TRUST NATIONAL ASSOCIATION<br>SELENE FINANCE LP<br>ATTN: BK DEPT<br>3501 OLYMPUS BLVD, SUITE 500<br>DALLAS, TX 75019 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |