## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jorge R Rosario                     CHAPTER 13
　　　　Ipatia C Bueno
　　　　　　　　Debtor(s)                   BKY. NO. 23-12334 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　　Kindly enter my appearance on behalf of U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR RCF 2 ACQUISITION TRUST and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
20 Oct 2025, 18:23:34, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322