## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jorge R Rosario<br>Ipatia C Bueno<br><u>Debtors</u><br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br><u>Secured Creditor</u><br>vs.<br><br>Jorge R Rosario<br>Ipatia C Bueno<br><u>Debtors</u><br><br>Kenneth E. West<br><u>Trustee</u> | CHAPTER 13<br><br><br><br>NO. 23-12334 PMM<br><br><br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this __23rd__ day of __December__, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge