**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Jorge R Rosario | : | Chapter 13 |
|    Ipatia C Bueno | : | Case No.: 23-12334-AMC |
| | : | |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: February 2, 2026

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008