**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Jorge R Rosario | : | Chapter 13 |
| Ipatia C Bueno | : | Case No.: 23-12334-PMM |
| | : | |
| Debtors | : | |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #   67  , the "Motion");

It is hereby ordered that

1)   The Motion is granted; and

2)   The Modified Plan (doc. #   69  ) is approved.

*Patricia M. Mayer*

DATE:   2/25/26                                        _____

PATRICIA M. MAYER.
U.S. BANKRUPTCY JUDGE