**Fill in this information to identify the case:**

Debtor 1  Jorge R Rosario

Debtor 2  Ipatia C Bueno
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 23-12334-pmm

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**Last 4 digits** of any number you use to identify the debtor's account: 9298

**Court claim no.** (if known): 6-1

**Date of payment change:** 9/1/2025
Must be at least 21 days after date of this notice

**New total payment:** $1,348.37
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No.
   ■ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $622.51    New escrow payment: $629.84

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate: _____    New interest rate: _____

   Current principal and interest payment: _____    New principal and interest payment: _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes  Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: _____    New mortgage payment: _____

Debtor 1  Jorge R Rosario   Case number (if known) 23-12334-pmm
Print Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Sean Ferry          Date  07/22/2025
Signature

Print     Sean Ferry                              Title   Authorized Agent for Creditor
          First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address   13010 Morris Rd, Suite 450
          Number           Street

          Alpharetta                        GA    30004
          City                              State ZIP Code

                                                          sferry@raslg.com
Contact Phone  470-321-7112                         Email

Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim.

However, this notice of mortgage payment change is being filed to ensure the creditor's compliance with Fed. R. Bankr. P. 3002.1.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___July 22, 2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jorge R Rosario
1356 Sunset Street
Trainer, PA 19061

Ipatia C Bueno
1356 Sunset Street
Trainer, PA 19061

And via electronic mail to:

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Jai Young
Jai Young

P.O. Box 8619
Philadelphia, PA 19101-8619

Telephone: (877) 768-3461
Fax: (866) 926-5496
www.selenefinance.com

Hours of Operation
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT

BRAD J SADEK
SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD STE 220
PHILADELPHIA PA 19102

Re: Account Number: ███
   Mortgagor(s):     JORGE R ROSARIO
                     IPATIA C BUENO
   Property Address: 1356 SUNSET STREET
                     TRAINER PA 19061

Our records indicate the above referenced account has been impacted by a bankruptcy filing. If a mortgagor has received a discharge in bankruptcy, Selene fully acknowledges that such mortgagor has no personal liability for the debt and is not attempting to collect the debt from that mortgagor personally. If the account is impacted by an active bankruptcy case, Selene fully acknowledges the automatic stay and is not attempting to collect the debt. THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
Please note, however, that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - POST-PETITION**

P.O. Box 8619
Philadelphia, PA 19101-8619

**Online Information:** www.selenefinance.com
**Email:** customerservice@selenefinance.com
**Hours Of Operation:** Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT
**Phone:** (877) 735-3637
**Hearing Impaired:** Call 711 or (800) 735-2989
**Fax:** (866) 926-5496
**Correspondence:**
P.O. Box 8619
Philadelphia, PA 19101-8619

BRAD J SADEK
SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD STE 220
PHILADELPHIA PA 19102

Analysis Date: 07/07/25
Loan Number: [REDACTED]
Borrower Name: JORGE R ROSARIO
Co-borrower Name: IPATIA C BUENO
Property Address: 1356 SUNSET STREET
TRAINER PA 19061

Each year Selene Finance LP reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes, flood insurance (if required), homeowner's insurance premiums and mortgage insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

**1. What is the amount of my new monthly payment starting September 01, 2025?**

| Payment Items | Previous Payment | New Post-Petition Payment | Difference |
|---|---|---|---|
| Principal and Interest | $718.53 | $718.53 | $0.00 |
| Escrow | $607.83 | $612.62 | $4.79 |
| Surplus-/Shortage+ | $14.68 | $17.22 | $2.54 |
| **Total Payment** | **$1,341.04** | **$1,348.37** | **$7.33** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on automatic payments with Selene Finance LP, this new amount will automatically take effect with your September payment.

**2. What are the most common reasons that my escrow payment may change from year to year?**

A. **Increases or Decreases in Amounts Billed** – The amounts we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts Selene Finance LP expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| CITY TAX | $1,561.61 | $1,581.21 | $19.60 |
| COUNTY TAX | $437.93 | $538.63 | $100.70 |
| HOMEOWNERS I | $1,974.98 | $1,786.93 | -$188.05 |
| SCHOOL TAX | $3,319.54 | $3,444.63 | $125.09 |
| **Total Annual Escrow Payments** | **$7,294.06** | **$7,351.40** | **$57.34** |
| **Monthly Escrow Payments** | **$607.83** | **$612.62** | **$4.79** |

B. **Post-Petition Escrow Shortage** – To determine if there will be a shortage or surplus in your escrow account, we subtract the **Minimum Required Starting Balance** from the **Anticipated Post-Petition Escrow Account Balance**. The Minimum Required Starting Balance is from the beginning of the upcoming escrow period, as shown in the Contractual and Post-Petition Account Projections on the following page. The Anticipated Post-Petition Escrow Account Balance is from the end of your current escrow period, as shown in the Escrow Post-Petition History on the following page. Your ending balance from the last month of the account history **(Anticipated Post-Petition Escrow Account Balance)** is $1,018.54. Your starting balance **(Minimum Required Starting Balance)** according to this analysis should be $1,225.19. This means you have a shortage of -$206.65.

| Anticipated Post-Petition Escrow Account Balance | | Minimum Required Starting Balance | | Shortage |
|---|---|---|---|---|
| $1,018.54 | minus | $1,225.19 | equals | ($206.65) |

BRAD SADEK
SADEK LAW OFFICES, LLC

Loan Number:
NEW PAYMENT EFFECTIVE DATE: September 01, 2025

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Contractual and Post-Petition Account Projections shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

### CONTRACTUAL AND POST-PETITION ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Projected Escrow Balance Contractual | Post-Petition | Balance Required In Escrow |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | $3,567.10 | $1,018.54 | $1,225.19 |
| September 25 | | $612.62 | $0.00 | $4,179.72 | $1,631.16 | $1,837.81 |
| October 25 | | $612.62 | $0.00 | $4,792.34 | $2,243.78 | $2,450.43 |
| November 25 | | $612.62 | $0.00 | $5,404.96 | $2,856.40 | $3,063.05 |
| December 25 | | $612.62 | $0.00 | $6,017.58 | $3,469.02 | $3,675.67 |
| January 26 | | $612.62 | $0.00 | $6,630.20 | $4,081.64 | $4,288.29 |
| February 26 | | $612.62 | $0.00 | $7,242.82 | $4,694.26 | $4,900.91 |
| March 26 | COUNTY TAX | $612.62 | $538.63 | $7,316.81 | $4,768.25 | $4,974.90 |
| March 26 | CITY/1ST PAR | $0.00 | $1,581.21 | $5,735.60 | $3,187.04 | $3,393.69 |
| April 26 | HOMEOWNERS I | $612.62 | $1,786.93 | $4,561.29 | $2,012.73 | $2,219.38 |
| May 26 | | $612.62 | $0.00 | $5,173.91 | $2,625.35 | $2,832.00 |
| June 26 | | $612.62 | $0.00 | $5,786.53 | $3,237.97 | $3,444.62 |
| July 26 | | $612.62 | $0.00 | $6,399.15 | $3,850.59 | $4,057.24 |
| August 26 | SCHOOL/ISD P | $612.62 | $3,444.63 | $3,567.14 | $1,018.58 | $1,225.23 ** |
| Totals | | $7,351.44 | $7,351.40 | | | |

** Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. A lower cushion may be required under state law. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Contractual Escrow Activity History itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

### ESCROW PRE-PROJECTION CONTRACTUAL HISTORY

| Month | Description | Deposits to Escrow | Payments From Escrow |
|---|---|---|---|
| July 24 | | $589.15 | $0.00 |
| August 24 | SCHOOL/ISD P | $1,178.30 | $3,444.63 |

### CONTRACTUAL ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | $1,823.61 | -$17,772.71 |
| October 24 | | $607.83 | * | | | $2,431.44 | -$17,772.71 |
| November 24 | | $607.83 | * | | | $3,039.27 | -$17,772.71 |
| December 24 | | $607.83 | $4,656.19 * | | | $3,647.10 | -$13,116.52 |
| January 25 | | $607.83 | $665.17 * | | | $4,254.93 | -$12,451.35 |
| February 25 | COUNTY TAX | $607.83 | $1,995.51 * | | $538.63 * | $4,862.76 | -$10,994.47 |
| February 25 | HOMEOWNERS I | | | | $1,786.93 * | $4,862.76 | -$12,781.40 |
| March 25 | COUNTY TAX | $607.83 | $2,023.45 * | $437.93 | * | $5,032.66 | -$10,757.95 |
| March 25 | CITY/1ST PAR | | | $1,561.61 | $1,581.21 * | $3,471.05 | -$12,339.16 |
| April 25 | HOMEOWNERS I | $607.83 | $679.14 * | $1,974.98 | * | $2,103.90 | -$11,660.02 |
| May 25 | | $607.83 | $2,037.42 * | | | $2,711.73 | -$9,622.60 |
| June 25 | | $607.83 | $679.14 * | | | $3,319.56 | -$8,943.46 |
| July 25 | | $607.83 | $15,332.68 E | | | $3,927.39 | $6,389.22 |
| August 25 | SCHOOL/ISD P | $607.83 | $622.51 E | $3,319.54 | $3,444.63 E | $1,215.68 | $3,567.10 |
| Totals | | $6,686.13 | $28,691.21 | $7,294.06 | $7,351.40 | | |

### ESCROW POST-PETITION HISTORY

| Month | Est | Description | Deposits to Escrow | Payments From Escrow | Escrow Balance |
|---|---|---|---|---|---|
| July 24 | | | $596.10 | $0.00 | $3,178.66 |
| August 24 | | SCHOOL/ISD P | $1,192.20 | $3,444.63 | $926.23 |
| September 24 | | | $596.10 | $0.00 | $1,522.33 |
| December 24 | | | $1,245.02 | $0.00 | $2,767.35 |
| January 25 | | | $622.51 | $0.00 | $3,389.86 |
| February 25 | | COUNTY TAX | $622.51 | $538.63 | $3,473.74 |
| February 25 | | HOMEOWNERS I | $0.00 | $1,786.93 | $1,686.81 |
| March 25 | | CITY/1ST PAR | $1,245.02 | $1,581.21 | $1,350.62 |
| April 25 | | | $622.51 | $0.00 | $1,973.13 |
| June 25 | | | $622.51 | $0.00 | $2,595.64 |
| July 25 | E | | $1,245.02 | $0.00 | $3,840.66 |
| August 25 | E | SCHOOL/ISD P | $622.51 | $3,444.63 | $1,018.54 |

**BRAD J SADEK**
SADEK LAW OFFICES, LLC

Loan Number:
NEW PAYMENT EFFECTIVE DATE: September 01, 2025

ESCROW PRE-PETITION HISTORY

| Month | Deposits to Escrow | Escrow Balance |
|---|---|---|
| December 24 | $2,945.75 | -$14,390.38 |
| February 25 | $1,178.30 | -$13,212.08 |
| March 25 | $589.15 | -$12,622.93 |
| May 25 | $1,254.32 | -$11,368.61 |

If you have questions about your escrow analysis statement please contact our Customer Service Department at (877) 735-3637.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only.  We are not trying to collect against you personally.  If you have questions about this communication or your obligation to pay, please contact your attorney.